IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHEILA BOREEN,

Plaintiff,

v.

ORDER

25-cv-920-amb

FRANK BISIGNANO,
*Commissioner of Social Security*,

Defendant.

---

On July 29, 2026, the court granted the parties' joint motion to remand this case. Dkt. 19. Now before the court is plaintiff's motion for an award of attorney fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA) in the amount of $7,662.59. Dkt. 21. Defendant filed a response stating no opposition to plaintiff's motion. Dkt. 24.

Hearing no objection, the court GRANTS plaintiff's motion and AWARDS plaintiff fees and expenses in the amount of $7,662.59 in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the EAJA. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant verifies that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Dana Duncan, pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

Duncan Disability Law, SC
555 Birch Street
P.O. Box 217
Nekoosa, WI 54457

Entered October 19, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge